**Lawrence Verline WILDER, Sr., Plaintiff–Appellant,**

v.

**Attorney General Eric HOLDER, Defendant–Appellee.**

No. 14–2408.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 19, 2015.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilder v. Holder*, No. 7:14–cv–00215–BO (E.D.N.C. Dec. 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*